Argued June 25, affirmed as modified July 9, 1979

In the Matter of the Marriage of
MICHAELIS, *Respondent,*
*and*
MICHAELIS, *Appellant.*

(No. 90536, CA 13223)

596 P2d 1019

Stanley Fields, Salem, argued the cause for appellant. With him on the brief was Karol, Wyatt, Kersh & Associates, Salem.

Myron L. Enfield, Salem, argued the cause and filed the brief for respondent. With him on the brief were Enfield & McConville, Salem, and Murley M. Larimer, Stayton.

Before Schwab, Chief Judge, and Thornton, Buttler and Joseph, Judges.

PER CURIAM

## PER CURIAM

The appellant argues that the trial court erred in not transferring custody of the minor child of the parties from the mother to him. Appellant also challenges the provisions of the decree relating to visitation. We agree with the trial court on both issues.

We agree with appellant that the trial court erred in awarding costs. The cost bill was not timely filed.

Affirmed as modified. Costs to respondent.